

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:             01-14-00981-CR

Trial Court Cause
Number:                   1421328

Style:                    David James Chapman

                          v. The State of Texas

Date motion filed*:       July 14, 2015

Type of motion:           Motion for extension of time to hold hearing

Party filing motion:      Court

Document to be filed:     Hearing record and supplemental clerk's record

Is appeal accelerated? ☐ Yes  ☒ No

If motion to extend time:

    Original due date:

    Number of previous extensions granted:   0

    Date Requested:    Additional 30 days to hold hearing as ordered on June 18, 2015 and to return the requested records.

Ordered that motion is:

    ☒ Granted

        If document is to be filed, document due: <u>30 days after original deadline</u>

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: /s/ <u>Harvey Brown</u>
        ☒ Acting individually    ☐ Acting for the Court

Date: <u>July 15, 2015</u>